IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 03-cv-02643-MSK-CBS

NORTH AMERICAN TELEPHONE NETWORK, L.L.C.,

    Plaintiff,

v.

QWEST COMMUNICATIONS CORPORATION,

    Defendant.

## ORDER DISMISSING CLAIMS AND DIRECTING
## THE CLERK OF COURT TO CLOSE THIS CASE

THIS MATTER comes before the Court on an Order **(#28)** directing the parties to show cause, on or before March 22, 2006, why this case should not be dismissed for lack of prosecution pursuant to D.C.COLO.LCivR 41.1. No party responded to the Order. The Court

**FINDS** and **CONCLUDES** that:

On July 2, 2004, the Court issued an Order **(#26)** compelling arbitration and staying this action. Such Order directed the parties to file a joint status report within 15 calendar days after the conclusion of arbitration proceedings. The Court later issued an Order **(#27)** allowing the Plaintiff's attorney to withdraw. Such Order provides: "The Plaintiff must obtain substitute counsel to proceed. . . . Because the Plaintiff has chosen to initiate this action, the failure to obtain substitute counsel within a reasonable time will result in the dismissal of its claims."

The parties have filed no status report and no attorney has entered an appearance on behalf of the Plaintiff. Pursuant to D.C.COLO.LCivR 41.1: "A judicial officer may issue an order

to show cause why a case should not be dismissed for lack of prosecution or for failure to comply with these rules, the Federal Rules of Civil Procedure, or any court order. If good cause is not shown within the time set in the show cause order, a district judge or a magistrate judge exercising consent jurisdiction may enter an order of dismissal with or without prejudice." No party has shown cause why the Plaintiff's claims should not be dismissed.

**IT IS THEREFORE ORDERED** that the Plaintiff's claims are dismissed, and the Clerk of Court is directed to close this case.

Dated this 11th day of May, 2006.

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge